UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

     Plaintiff,

          v.                                   Case No. 12-cv-1268-JPG-SCW

PAULA D. HIRONS, SHERRY CONAWAY,
JASON D. HIRONS, LISA ALLISON,
UNKNOWN HEIRS AND DEVISEES OF
PAULA D. HIRONS and UNKOWN OWNERS
AND NON-RECORD CLAIMANTS,

     Defendant.

## MEMORANDUM AND ORDER

     This matter comes before the Court on the Report of Sale filed by the plaintiff United States of America (Doc. 19).   The Report of Sale indicates that notice of the sale of the subject property was published in the Mt. Vernon Register-News on January 11, 18 and 25, 2014, and that the sale was conducted January 29, 2014, four days after the final date of publication.   However, Illinois foreclosure law, which governs this proceeding, provides that the final notice must be published at least seven days before the sale.   735 ILCS 5/15-1507(c)(2).   In light of this deficiency, the Court **ORDERS** the United States to **SHOW CAUSE** on or before July 3, 2014, why the Court should not reject the Report of Sale.   The failure to respond in a timely manner will be construed as an admission that the Report of Sale should be rejected and that the Court should order a new sale.

**IT IS SO ORDERED.**
**DATED: June 19, 2014**

                          s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**